AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KRIZZA POULSON,

    *Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    *Defendant*

Civil Action No.   1:15-CV-03057-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment, ECF No. 19, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 17, is DENIED.
Judgment shall be entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  John T. Rodgers  on motions for summary judgment (ECF Nos. 17 and 19).

Date:  April 27, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
    *(By) Deputy Clerk*
Pam Howard